## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

SUSQUEHANNA RHEEMS HOLDINGS, LLC; 155 BROAD STREET, LLC AND RHEEMS OPERATOR, LLC,

        Petitioners

        v.

WEST DONEGAL TOWNSHIP ZONING HEARING BOARD, WENGER'S FEED MILL, INC. AND WEST DONEGAL TOWNSHIP,

        Respondents

: No. 660 MAL 2018
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 30th day of April, 2019, the Petition for Allowance of Appeal is **DENIED**.